## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

### INDICTMENT FOR ATTEMPTED COERCION AND ENTICEMENT OF A MINOR, ATTEMPTED TRANSFER OF OBSCENE MATERIAL TO A MINOR, AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-94-BAJ-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 2422(b) |
| | : | 18 U.S.C. § 1470 |
| KLEIDER ENRIQUE GARCIA OCHOA | : | 18 U.S.C. § 2428 |
| a.k.a. "Conociendo" | : | 18 U.S.C. § 1467 |
| a.k.a. "Conociendo 28" | : | 21 U.S.C. § 853(p) |
| | : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Attempted Coercion and Enticement of a Minor
### (18 U.S.C. § 2422(b))

On or about March 31, 2025, in the Middle District of Louisiana and elsewhere, **KLEIDER ENRIQUE GARCIA OCHOA**, a.k.a. "Conociendo," a.k.a. "Conociendo 28," defendant herein, using a facility and means of interstate and foreign commerce, that is, a cellular telephone and internet cellular telephone communication applications, did knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, molestation of a juvenile, in violation of Section 14:81.2 of the Louisiana Revised Statutes.

The above is a violation of Title 18, United States Code, Section 2422(b).

*AUSA and USM with Warrant*

## COUNT TWO
### Attempted Transfer of Obscene Material to a Minor
### (18 U.S.C. § 1470)

On or about March 31, 2025, in the Middle District of Louisiana and elsewhere, **KLEIDER ENRIQUE GARCIA OCHOA**, a.k.a. "Conociendo," a.k.a. "Conociendo 28," defendant herein, using a facility and means of interstate and foreign commerce, that is, a cellular telephone and internet cellular telephone communication applications, did knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

The above is a violation of Title 18, United States Code, Section 1470.

## NOTICE OF FORFEITURE

The allegations contained in Counts One through Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America.

Pursuant to Title 18, United States Code, Section 2428, upon conviction of the offense in violation of Title 18, United States Code, Section 2422, **KLEIDER ENRIQUE GARCIA OCHOA**, a.k.a. "Conociendo," a.k.a. "Conociendo 28," defendant herein, shall forfeit:

a. The defendant's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense; and

b. Any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation.

Pursuant to Title 18, United States Code, Section 1467, upon conviction of the offense in violation of Title 18, United States Code, Section 1470, **KLEIDER ENRIQUE GARCIA OCHOA**, a.k.a. "Conociendo," a.k.a. "Conociendo 28," defendant herein, shall forfeit:

a. Any obscene material produced, transported, shipped, and received in violation of Title 18, United States Code, Chapter 71;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

UNITED STATES OF AMERICA, BY

_____
ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
EDWARD H. WARNER
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED PER PRIVACY ACT**

GRAND JURY FOREPERSON

_____7/24/25_____
DATE

## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**
City: Livingston, Louisiana
County/Parish: Livingston Parish

**Matter to be sealed:** ☐ Yes ☑ No

**Related Case Information:**
Superseding ☐  Docket Number _____
Same Defendant ☐  New Defendant ☐

*Investigating Agency: HSI
*Agent: Jared Tauzier

Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**
Defendant Name: KLEIDER ENRIQUE GARCIA OCHOA
Alias: "Conociendo" "Conociendo 28"
Address: _____
DOB: _____ SS / Alien#: _____ Sex: ___ Race: ___ Nationality: ___

**U.S. Attorney Information:**
AUSA: Edward H. Warner
Bar #: LBN 35580

Interpreter: ☑ Yes ☐ No
List language and/or dialect: Spanish

**Location Status:**
Arrest Date: 03/31/2025

☐ Already in Federal Custody as of _____
☑ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 2

**Mandatory Minimum Charged?** ☑ Yes ☐ No

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:2422(b) | Attempted Coercion and Enticement of a Minor | 1 | Felony |
| 18:1470 | Attempted Transfer of Obscene Material to a Minor | 2 | Felony |

(May be continued on second sheet)

Date: 07/24/25   Signature of AUSA: Edward H. Warner