UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

***GRAND JURY RETURN***

Date:   July 24, 2025

UNITED STATES OF AMERICA

VERSUS

KLEIDER ENRIQUE GARCIA OCHOA
a.k.a. "Conociendo," a.k.a. "Conociendo 28"

CRIMINAL ACTION

NO. 25-94-BAJ-RLB

      PRESENT:   Jamie Flowers
                     Counsel for U.S.A.

Indictment filed into the record and arrest warrant issued.

\* \* \* \* \*