# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 25-94-BAJ-RLB |
| KLEIDER ENRIQUE GARCIA OCHOA | |

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held. The defendant stipulated to detention, reserving his right to reopen the issue of detention should his circumstances change. The government did not object, and the court ordered the defendant detained subject to his right to another detention hearing upon petitioning the court for same.

### DIRECTIONS REGARDING DETENTION

**Kleider Enrique Garcia Ochoa** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **Kleider Enrique Garcia Ochoa** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Signed in Baton Rouge, Louisiana, on August 12, 2025.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE